**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of North Carolina

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Monroe Staffing Services, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-1291204 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

6 Research Drive
Number      Street

Suite 440

Shelton                CT      06484
City                         State    ZIP Code

Fairfield County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                    State    ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.staffing360solutions.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Monroe Staffing Services, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5613

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☑ Yes. Debtor Staffing 360 Solutions, Inc.   Relationship _____
  District Eastern District of North Carolina   When 05/05/2025
  MM / DD / YYYY
  Case number, if known _____

| Debtor | Monroe Staffing Services, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____

Number       Street

_____

_____

City                                State       ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
☑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

**15. Estimated assets**

❑ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

☑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion

Debtor _____   Case number (*if known*)_____
                Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/05/2025
             MM   / DD / YYYY

✖ /s/ Brendan Flood
Signature of authorized representative of debtor

Brendan Flood
Printed name

Title  CEO

---

**18. Signature of attorney**

✖ /s/ *Rebecca Redwine Grow*
Signature of attorney for debtor

Date  05/05/2025
      MM    / DD / YYYY

Rebecca Redwine Grow
Printed name

HENDREN, REDWINE & MALONE, PLLC
Firm name

4600 Marriott Drive, Suite 150

Raliegh                                  _   NC    _   27612
City                                             State       ZIP Code

(919) 420-7867                   _____
Contact phone

rredwine@hendrenmalone.com
Email address

37012  _____  _   NC
Bar number                                               State

---

| **Fill in this information to identify the case:** |
|---|

Debtor name ___Monroe Staffing Services, LLC___

United States Bankruptcy Court for the:___Eastern District of North Carolina___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA, 19101-7346 | | | Disputed Unliquidated Contingent | | | 3,618,845.91 |
| 2 | Sunz Insurance Company 1301 6th Avenue West Bradenton, FL, 34205 | Tavares Parker 941-216-6890 tparker@sunzinsurance.com | | Disputed Unliquidated Contingent | | | 454,247.60 |
| 3 | Massachusetts Department of Revenue Bankruptcy Unit PO Box 7090 Boston, MA, 02204-7090 | | | Disputed Unliquidated Contingent | | | 406,058.87 |
| 4 | AVIONTE LLC 4300 MarketPointe Drive, Suite 250 Bloomington, MN, 55435 | Brigid Isenmann 651-328-6947 Brigid.Isenmann@avionte.com | | Disputed Unliquidated Contingent | | | 199,317.27 |
| 5 | R.D. SCINTO INC. 1 Corporate Drive, Suite 100 Shelton, CT, 06484 | Dana Cackowski 203-447-6367 dcackowski@scinto.com | | Disputed Unliquidated Contingent | | | 161,012.89 |
| 6 | Indeed Inc. Mail Code 5160 P.O. Box 660367 Dallas, TX, 75266 | Kimone Waite 203-504-5628 kwaite@indeed.com or billing@indeed.com | | Disputed Unliquidated Contingent | | | 145,528.85 |
| 7 | SUNZ Insurance Solutions 1301 6th Avenue West Bradenton, FL, 34205 | Tavares Parker 941-216-6890 tparker@suzninsurance.com | | Disputed Unliquidated Contingent | | | 121,389.35 |
| 8 | GEORGIA PACIFIC 133 PEACHTREE ST NE STE 4810 #1847 Atlanta, GA, 30303 | Robyn Cowans-Chatman 404-652-7183 robyn.cowanschatman@kochgs.com | | Disputed Unliquidated Contingent | | | 109,195.04 |

Debtor  **Monroe Staffing Services, LLC**
_____
Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PAGER DUTY 600 Townsend Street, Suite 125 San Francisco, CA, 94103 | Joseph Sobak jsobak@pagerduty.com | | Disputed Unliquidated Contingent | | | 100,899.00 |
| 10 | JACKSON LEWIS One Bryant Park, 32nd Floor New York, NY, 10036 | Stephen Paterniti 212-545-4000 Stephen.Paterniti@jacksonlewis.com | | Disputed Unliquidated Contingent | | | 94,829.11 |
| 11 | Rhode Island Division of Taxation One Capitol Hill Providence, RI, 02908 | | | Disputed Unliquidated Contingent | | | 62,222.49 |
| 12 | Synergi Partners, Inc. P.O. Box 5599 Florence, SC, 29502-5599 | Rebekah Nuss 678-549-2315 rnuss@synergipartners.com | | Disputed Unliquidated Contingent | | | 51,273.33 |
| 13 | American Express P.O. Box 981531 El Paso, TX, 79998-1531 | Customer Service 800-528-2122 | | Disputed Unliquidated Contingent | | | 40,814.96 |
| 14 | RIET Employer Tax Section, 1511 Pontiac Ave., Cranston, RI, 02920 | Giana Mayo 401-574-8839 Giana.Mayo@dlt.ri.gov | | Disputed Unliquidated Contingent | | | 39,523.61 |
| 15 | TAKEDA Sterlinga 8a, 91-425 Lodz, Poland | Sylwia Blaszczyk Sylwia.Blaszczyk@takeda.com | | Disputed Unliquidated Contingent | | | 36,000.00 |
| 16 | Department of Taxation and Finance W.A. Harriman Campus Building 9, Room 200 Albany, NY, 12227 | | | Disputed Unliquidated Contingent | | | 34,203.43 |
| 17 | Cupp & Cupp Corporation 260 Second Street Chelsea, MA, 02150 | Mike Sanborn 617-884-0618 newenglandflowerexchange@gmail.com | | Disputed Unliquidated Contingent | | | 29,989.50 |
| 18 | PA Department of Revenue PO Box 280904 Harrisburg, PA, 17128-0904 | | | Disputed Unliquidated Contingent | | | 29,554.01 |
| 19 | CareerStaff Unlimited LLC 7925 Jones Branch Drive, Suite 1100 McLean, VA, 22102 | Ryan Taylor 469-923-1403 ryan.taylor@careerstaff.com | | Disputed Unliquidated Contingent | | | 28,429.40 |
| 20 | NYS Employment Contribution and Taxes | | | Disputed Unliquidated Contingent | | | 25,128.81 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

ACCURATE EMPLOYMENT SCREENING, LLC
200 Spectrum Center Drive, Suite 1100
Irvine, CA 92618

American Express
P.O. Box 981531
El Paso, TX 79998-1531

AVIONTE LLC
4300 MarketPointe Drive, Suite 250
Bloomington, MN 55435

Bankruptcy Administrator
434 Fayetteville Street
Suite 640
Raleigh, NC 27601

CareerStaff Unlimited LLC
7925 Jones Branch Drive, Suite 1100
McLean, VA 22102

CHOICE SCREENING
9800 Mt. Pyramid Ct. Suite 360
Englewood, CO 80112

Cupp & Cupp Corporation
260 Second Street
Chelsea, MA 02150

Department of Revenue Services
450 Columbus Blvd.
Suite 1
Hartford, CT 06103

Department of Taxation and Finance
W.A. Harriman Campus
Building 9, Room 200
Albany, NY 12227

EBM, INC.
35 Nutmeg Drive, Suite 210
Trumbull, CT 06611

Georgia Department of Revenue
Compliance Division - Central Collection
2595 Century Pkwy NE, Suite 331
Atlanta, GA 30345-3173

GEORGIA PACIFIC
133 PEACHTREE ST NE
STE 4810 #1847
Atlanta, GA 30303

Indeed Inc.
Mail Code 5160
P.O. Box 660367
Dallas, TX 75266

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Iowa Department of Revenue
PO Box 10330
Des Moines, IA 50306-0330

JACKSON LEWIS
One Bryant Park, 32nd Floor
New York, NY 10036

KONICA MINOLTA
21146 Network Place
Chicago, IL 60673

Kuuku Minnah-Donkoh, Esq.
Gordon Reese Scully Mansukhani LLP
One Battery Park Plaza, 28th Floor
New York, NY 10006

Lightcast
232 North Almon Street
Moscow, ID 83843

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

Michigan Department of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

NEW YORK POWER AUTHORITY
123 Main Street
White Plains, NY 10601

NJ Division of Taxation
3 John Fitch Way, 5th Floor
PO Box 245

North Carolina Department of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit, P.O. Box 1168
Raleigh, NC 27602-1168

NYS Employment Contribution and Taxes

Ohio Department of Taxation
Attn: Business Tax Division
PO Box 2678
Columbus, OH 43216-2678

PA Department of Revenue
PO Box 280904
Harrisburg, PA 17128-0904

PAGER DUTY
600 Townsend Street, Suite 125
San Francisco, CA 94103

Pamela D. Whitaker
1524 Boxthorne Lane
Winston Salem, NC 27106

R.D. SCINTO INC.
1 Corporate Drive, Suite 100
Shelton, CT 06484

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

RIET
Employer Tax Section, 1511 Pontiac Ave.,
Cranston, RI 02920

SOURCE INFOTECH INC.
P.O. Box 577
Edison, NJ 08818

South Carolina Department of Revenue
Office of General Counsel, Attn: Bankrup
300A Outlet Pointe Blvd.
Columbia, SC 29210

SUN LIFE FINANCIAL
96 Worcester Street
Wellesley Hills, MA 02481

Sunz Insurance Company
1301 6th Avenue West
Bradenton, FL 34205

SUNZ Insurance Solutions
1301 6th Avenue West
Bradenton, FL 34205

Synergi Partners, Inc.
P.O. Box 5599
Florence, SC 29502-5599

TAKEDA
Sterlinga 8a, 91-425 Lodz, Poland

Tek Inspirations LLC
13573 Tabasco Cat Dr
Frisco, TX 75035

THOMAS & COMPANY
P.O. Box 64555
Cincinnati, OH 45264

Vermont Department of Taxes
PO Box 1881
Montpelier, VT 05601-1881

Virginia Department of Taxation
P.O. Box 1114
Richmond, VA 23218-1114

XEROX FINANCIAL SERVICES
P.O Box 830090
Philadelphia, PA 19181

United States Bankruptcy Court

Eastern District of North Carolir

In re:  Monroe Staffing Services, LLC

Case No.

Chapter  11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____05/05/2025_____

/s/ Brendan Flood
_____
Signature of Individual signing on behalf of debtor

CEO
_____
Position or relationship to debtor

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS

## CORPORATE RESOLUTION

## OF

## MONROE STAFFING SERVICES, LLC

BE IT RESOLVED that the Board of Directors of Monroe Staffing Services, LLC (the "Company") is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Board of Directors under Delaware Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the CEO of the Company, Brendan Flood, is hereby authorized to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Board of Directors hereby authorize the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Board of Directors of the above named Company by written consent on this 1st day of May, 2025 in lieu of a meeting.


_____

Brendan Flood, CEO